IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ELISE J.,[1]
    Plaintiff,

v().    Civil No. 3:22cv440 (DJN)

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
    Defendant.

## FINAL ORDER
### (Adopting Report and Recommendation)

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge entered on May 30, 2023. (ECF No. 14.) The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 14) is ACCEPTED and ADOPTED as the OPINION of the Court;
2. Plaintiff's Motion for Summary Judgment (ECF No. 10) is hereby DENIED;
3. Defendant's Motion for Summary Judgment (ECF No. 11) is hereby GRANTED;
4. The decision of the Commissioner is hereby AFFIRMED; and,
5. This case is now CLOSED.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: June 16, 2023

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.